# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICOLE CHRISTINE FOLLOWILL,
Petitioner,

vs.

STATE OF NEVADA PAROLE BOARD
OF COMMISSIONERS;
COMMISSIONER LAMICIA BAILEY;
COMMISSIONER ERIC
CHRISTIANSEN; COMMISSIONER
DONNA VERCHIO; COMMISSIONER
SCOTT WEISENTHAL; AND KATIE
FRANKER, EXECUTIVE SECRETARY,
Respondents.

No. 84690

FILED

JUN 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus challenging the denial of parole.

Having considered the petition, we are not persuaded that our extraordinary intervention is warranted. *See* NRS 34.160; NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (noting that a writ of mandamus is proper only when there is no plain, speedy, and adequate remedy at law and explaining that petitioner bears the burden of demonstrating that writ relief is warranted). A challenge to the denial of parole should be raised in a petition for a writ of mandamus filed in the district court in the first instance so that factual and legal issues are fully developed, giving this court an adequate record to review. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) (recognizing that "an appellate court is not an appropriate forum in which to resolve disputed questions of fact"); *State v. Cty. of Douglas*, 90 Nev. 272, 276-77, 524 P.2d 1271, 1274 (1974) (noting

that "this court prefers that such an application [for writ relief] be addressed to the discretion of the appropriate district court" in the first instance), *abrogated on other grounds by Cortez Masto v. Gypsum Res.*, 129 Nev. 23, 33-34, 294 P.3d 404, 410-11 (2013). Petitioner may appeal to this court from a final decision. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Nicole Christine Followill
Attorney General/Carson City
Attorney General/Dep't of Public Safety/Carson City
Eighth District Court Clerk